IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILCAH "MIMI" MULUGETA, | |
| Plaintiff, | Civil Action File No. |
| vs. | |
| TAS OF ATLANTA, LLC; ROCK AND TACO SS, LLC; PAUL YUWACHIT; CHRISTOPHER HANCOCK; and JOHN BRADFORD "BRAD" HANCOCK, | 1:17-cv-03583-LMM |
| Defendants. | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Review and Approve Settlement Agreement.

The Court has reviewed the parties' written settlement agreement to determine both its adequacy and its consistency with the requirements of the Fair Labor Standards Act (the "FLSA"). See *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement were reached in an adversarial context with the assistance of legal counsel; (2) the terms of the Settlement Agreement are fair and reasonable and represent an adequate resolution of this action; and (3) the attorneys' fees are reasonable and customary.

1

Upon consideration of the parties' Motion, the Court ORDERS that the Settlement Agreement is APPROVED. The Court further ORDERS that the claims of Plaintiff against Defendants Christopher Hancock and John Bradford Hancock are dismissed with prejudice with the Court retaining jurisdiction to enforce the Agreement.

SO ORDERED, this 23rd day of September 2019.

_____
Honorable Leigh Martin May
UNITED STATES DISTRICT JUDGE